# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL CASTILLO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. GUZMAN, et al.,<br><br>　　　　　Defendants. | Case No. CV 15-02636 GW (AFM)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: July 15, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE